UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
    Plaintiff,

vs.                                            Case No.: 3:20cv5233/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 9, 2021 (ECF No. 20).  Efforts were made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail was returned as undeliverable noting that the Plaintiff had been released from prison and left no forwarding address.  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2.	This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.	The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd  day of March, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**